**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8008

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CARLOS ANTWAN WALKER, a/k/a Twan,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge.  (6:06-cr-00007-nkm)

Submitted: August 6, 2009        Decided: August 17, 2009

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darren S. Haley, Greenville, South Carolina, for Appellant. Julia C. Dudley, United States Attorney, Donald R. Wolthuis, Assistant United States Attorney, Robert Reed, Third-Year Practice Law Student, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Antwan Walker appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Walker, No. 6:06-cr-00007-nkm (W.D. Va. Aug. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED